AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
CEDRICK BRUCE DAVIS,

*Defendant(s)*

Case No. 3:26-mj-00295

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 22, 2026 in the county of Wasco in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 113(a)(6) | Assault Resulting in Serious Bodily Injury |
| 18 U.S.C. Section 113(a)(8) | Assault on a Dating Partner by Strangling |
| 18 U.S.C. Section 113(a)(3) | Assault with a Dangerous Weapon with Intent to do Bodily Harm |
| 18 U.S.C. Section 113(a)(1) | Assault with Intent to Commit Murder |
| [redacted] | [redacted] |
| 18 U.S.C. Section 1153 | The Major Crimes Act |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Travis Welter, via Telephone
*Complainant's signature*

Travis Welter, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:30 a.m./.m.

Date: 10/26/26

*Judge's signature*

City and state: Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss: AFFIDAVIT OF TRAVIS WELTER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Travis Welter, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 2014. My current assignment is to the Portland Division, Bend Resident Agency. I received 21 weeks of training at the FBI Academy in Quantico, Virginia. My responsibilities include the investigation of federal criminal offenses, to include assault, wire fraud, firearms violations and theft occurring on the Warm Springs Indian Reservation. I have investigated cases involving child abuse and intimate partner violence, including cases that involve allegations of strangulation.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Cedrick Bruce Davis for violating:

(1) Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. Section 113(a)(6) and 18 U.S.C. Section 1153 – the Major Crimes Act;

(2) Assault on a Dating Partner by Strangling in violation of 18 U.S.C. Section 113(a)(8) and 18 U.S.C. Section 1153 – the Major Crimes Act;

(3) Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of 18 U.S.C. Section 113(a)(3) and 18 U.S.C. Section 1153 – the Major Crimes Act;

(4) Assault with Intent to Commit Murder in violation of 18 U.S.C. Section 113(a)(1) and 18 U.S.C. Section 1153 – the Major Crimes Act; and

[redacted]

3. As set forth below, I have probable cause to believe, and I do believe, that Cedrick Bruce Davis committed the offenses listed above on Minor Victim 1 (MV1), Minor Victim 2 (MV2) and Adult Victim 1 (AV1), as further described below.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The FBI is continuing to investigate the allegations described herein. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Applicable Law**

5. Pursuant to 18 U.S.C. Section 113(a)(6), it is a crime to assault another person resulting in serious bodily injury. Serious bodily injury is defined in 18 U.S.C. Section 1365 as bodily injury that involves at least one of the following: substantial risk of death, extreme physical pain, protracted and obvious disfigurement, protracted loss or impairment of a bodily member, organ, or mental faculty.

6. Pursuant to 18 U.S.C. Section 113(a)(8), it is a crime to assault a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle or suffocate. As relevant here, "the term 'strangling' means intentionally, knowingly, or recklessly impeding the normal breathing or circulation of the blood of a person by applying pressure to the throat or neck, regardless of whether that conduct results in any visible injury or whether there is any intent to kill or protractedly injure the victim." 18 U.S.C Section 113(b)(4).

7. Pursuant to 18 U.S.C. Section 113(a)(3) it is a crime to assault another person with a dangerous weapon, with the intent to do bodily harm.

8. Pursuant to 18 U.S.C. Section 113(a)(1) it is a crime to assault another person with the intent to commit murder.

9. [redacted]

10. The Confederated Tribes of the Warm Springs Indian Reservation (CTWS) is Indian Country as defined by 18 U.S.C. Section 1151. Here, there is federal jurisdiction because the crimes occurred in Indian Country and were committed by Cedrick Davis, an enrolled member of the Navajo Nation.

**Statement of Probable Cause**

***AV1 Discloses Physical [redacted] Abuse***

11. On October 22, 2026, Warm Springs Police Department responded to a residence within the boundaries of the Warm Springs Indian Reservation after receiving a 911 call. The reporting party was Adult Victim 1 (AV1). AV1 is the mother of Minor Victim 1 (MV1) (XX/XX/2023-3 years old) and Minor Victim 2 (MV2) (XX/XX/2024-2 years old). AV1 reported that she did not feel safe at her boyfriend's house (later identified as Cedrick Davis) with her two children. WSPD responded to the scene.

12. One of the responding WSPD Officers, Officer Dragoon spoke to Adult Victim 1 when she arrived on scene. When Dragoon arrived, Davis and his father were present on the

scene. AV1 tearfully stated that she did not feel safe, that she had been wanting to leave the residence for a while, but that her boyfriend Cedrick Davis would not allow her to leave. She stated that Davis did not know law enforcement was coming.

13. AV1 asked for law enforcement assistance to leave the scene. Officer Dragoon followed AV1 into her residence to assist her in leaving. When Dragoon walked in, AV1 said "I just don't know what to do about this situation," while gesturing tearfully to her two children. Dragoon observed MV1 and MV2 with substantial visible injuries throughout their bodies that Dragoon described as "shocking."

14. Specifically, both MV1 and MV2 had swollen faces, significant bruising throughout their faces and deep purpling under their eyes. MV1 also had a circular bite mark on her left check and blood in the majority of the whites of her eyes.

15. Officer Dragoon asked AV1 "who did this?" an AV1 responded that it was Davis. She elaborated that Davis had been assaulting MV1, MV2, and her over the past two days. She reported that she tried to intervene during the ongoing assaults to stop Davis, causing him to begin assaulting her. She called law enforcement when Davis left with his father to go to the grocery store.

16. After seeing the victim's injuries, Dragoon informed AV1 that Davis would be detained. Dragoon detained Davis in the back of her patrol vehicle and called the ambulance to provide medical care to the victims and transport them to St. Charles hospital. While Davis was being detained, he attempted to yell towards AV1 multiple times and requested to speak to her.

17. Officer Dragoon went back into the residence after detaining Davis. She asked MV1 what happened while pointing to her left cheek, and MV1 responded "daddy" and then clarified she was referring to "Cedrick." Dragoon then asked MV1 "what did he do?" and

Dragoon could not understand MV1's response but Dragoon observed that MV1 lifted her right hand up over her head, closed her fist, and brought it down to her head.

18. The victims were initially transported to the Madras hospital and then later transported to Bend for medical scans. Officer Dragoon interacted with MV1, MV2 and AV1 over the next several hours first at the residence where the assaults occurred, then during the transport to St. Charles hospital, and finally at the hospital. What follows is a summary of the information gathered.

19. AV1 reported that Davis assaulted the Minor Victims by strangling them, by using a BB gun and fists to strike them, by "throwing them around" and by biting their bodies. She reported the assaults began because Davis became frustrated with the minor victims while they were crying. She reported that Davis assaulted MV1 first by "choking her until she couldn't breathe. He started biting her face because she couldn't stop." AV1 stated that MV1 turned "blue" during the "choking." When MV1 would not stop crying, Davis then shifted to MV2 and "took it out on her" by "choking her" in a similar manner. AV1 reported that Davis "choked" her as well.

20. I know from my training and experience, that lay people often refer to "choking" as a mechanism of injury when they are actually referring strangulation. "Choking" is an internal obstruction to the airway whereas strangulation is external pressure to the neck. Strangulation causes the airflow or the blood flow to be impeded. I believe based on the mechanism of injury described here that AV1 was reporting that Davis strangled MV1 and MV2.

21. [redacted] Regarding physical assaults, she reported that he assaulted her with a BB gun that was located inside the premises by striking her in the ribs with the gun. She also reported that Davis used at least two

different knives by holding the knives to her neck. [redacted] She also elaborated that he "came at me when we were outside and said 'I hope you're not pregnant' when he hit me in the ribs" and that he "chocked me with both hands and lifted me up and I passed out. I had a seizure."

22. Finally, AV1 told the Officers that Davis told her that if things were going to work out with them that he would have to "get rid of the kids," or words to that effect. She understood that to mean that he would have to kill the kids.

***Davis Admits to the FBI that he Physically Assaulted the Victims***

23. On October 22, 2026, Special Agent Travis Welter and TFO Josh Roth responded to the residence after the victims were transported to the hospital. There, SA Welter and TFO Roth interviewed Cedrick Davis. Davis was read his Miranda warning and agreed to speak with investigators by signing the FBI Advice of Rights form. Davis was detained by Warm Springs Tribal Police at the time of the interview. What follows is a summary of the information that Davis provided:

24. Davis was arguing with his girlfriend, Adult Victim 1, about the discipline of her two daughters, the Minor Victims. Davis is the stepparent to both girls. The arguments were over the course of several days as he became increasingly frustrated about the Minor Victims.

25. Davis described feeling anger "inside" and noticed this feeling building inside of him that began several days prior. Davis said he was feeling overwhelmed with responsibilities to his family and was tired of both Minor Victims crying, and AV1 yelling at him.

26. Davis said he told AV1 to make the Minor Victims quiet down. Davis said AV1 did not do anything to quiet the Minor Victims down. Davis described holding both girls and slapping them in the facial area in an attempt to get them to stop crying.

27. Davis said he instructed AV1 to make the Minor Victims stop crying because he was going to get angry and had anger inside him. Davis described continuing to slap the children in the face and using both of his hands to strike the Minor Victims' heads against each other. He further described this as "smacking them around."

28. Davis stated he strangled the Minor Victims by squeezing their necks with both hands. Davis said this occurred on two occasions with each child. Davis said one of the minor victims lost consciousness while he was "choking her" and described her eyes rolling back into her head and her head falling backwards. Davis demonstrated this by squeezing TFO Roth's hands and wrist and TFO Roth described this being a significant amount of force to be applied to a child's neck. Davis said he estimated each strangulation as lasting between 5 and 7 seven seconds. When asked, Davis said he had thoughts of killing the children but fought back against those thoughts.

29. Davis said he also strangled AV1, by putting his hands around her throat. Davis said he believed Adult Victim 1 could breathe during this time but was trying to make her be quiet. Davis said he also struck AV1 in the left abdomen area with a closed fist.

30. Davis stated that he did not remember biting MV1 and MV2 in the face. He also denied hitting, striking or threatening AV1, MV1 and MV2 with a BB gun or knives. [redacted]

/ / /

31. Davis advised that he was a felon and that a non-functional firearm and ammunition was in his residence. Davis was aware that as a felon, he could not possess firearms and/or ammunition.

***Injuries to the Victims***

32. As of the time of this filing, I am in the process of requesting the full medical records for the victims related to the treatment for these assaults.

33. The information known to me about the injuries at this time is documented in the below-captioned medical records collected from a forensic nurse:

a. <u>Injuries to Minor Victim 1:</u>




/ / /

/ / /

/ / /

b. Injuries to Minor Victim 2:




Injury Log
(following pg 7 Bodygram)

| # | Diagram | Key | Description |
|---|---|---|---|
| #1 | D | B, S | complete periorbital bruising + swelling, bilateral, purple |
| #2 | D | OI | bilateral subconjunctival hemorrhage + edema |
| #3 | D | A, R | 10+ abrasions, some linear + some round; scatter, around mouth, on lips, on nose; scattered areas of redness, abrasions 1cm or less in length |
| #4 | D | B | light purple bruising throughout forehead |
| #5 | D | A, BI | 4x5cm area of scattered abrasions + redness, per mom "he bit her on the left cheek", multiple scabs |
| #6 | E | B, BI | 1x0.5cm bruise, purple, per mom "he bit her on the ear" |
| #7 | D | BI, A, B | per mom "he bit her twice on the chest"; 4x4cm circular ring bruise, purple, <0.1cm to 0.2cm in length abrasions scattered around ring, above Ⓛ nipple |
| #8 | D | BI, A, B | per mom "he bit her twice on the chest", 5x5cm circular ring bruise, purple, red in center, <0.1cm to 0.3cm abrasions scattered around ring, around Ⓛ nipple |
| #9 | D | BU | per mom "that's a cigarette burn from him" "C" shaped scab, Ⓡ of midline + below nipple line |
| #10 | E | B, A | large, diffuse, blue lower back bruise; extending from the midline of the back inferiorly to the gluteal region; scattered abrasions on Ⓡ side of lower back; larger than 8x5cm area |
| 11 | D | B | 2 circular bruises on Ⓛ upper arm, purple outer rings, lighter purple in center, each ring ~4x4cm |
| #12 | D | S | generalized neck edema (anterior) |

c. Injuries to Adult Victim 1:

Injury Documentation: Head and Neck

☐ No physical findings noted at this time




| Injury # | Bodygram letter | Injury code | Photo Y/N | Description (size, shape, color, pain) |
|---|---|---|---|---|
| 1 | H | TE, S | N | 9cm x 4cm contusion posterior cranium, pain 8 |
| 2 | H | TE | N | tenderness, pain of 7, expanding across posterior neck region |
| 3 | I | A, R | Y | abrasion, red 1cm linear scratch? 0 pain scale |
| 4 | I | TE | N | Midline tenderness pain scale 9, accompanied by painful swallowing, raspy voice, sore to touch |
| 5 | J | B, TE, S | Y | 2cm bruising, redness, swelling to Ⓡ lower lip, pain 9 |
| | | | | |
| | | | | |

Injury Key: A = Abrasion AL = ALS Fluorescence B = Bruise BI = Bite BU = Burn C = Cut E = Ecchymosis FB = Foreign body/debris L = Laceration PE = Petechiae R = Redness S = Swelling SI = Suction injury SHX = Sample per history T = Tear TE = Tenderness OI = Other injury PTA = Per patient, injury present prior to assault

Injury Documentation: Torso and Limbs

☐ No physical findings noted at this time




| Injury # | Bodygram letter | Injury code | Photo Y/N | Description (size, shape, color, pain) |
|---|---|---|---|---|
| 6 | L | S, TE | Y | diffuse swelling on Right posterior flank. Soreness pain level of 9. No visible bruise. Photo taken but not obvious to photo |
| 7 | K | TE | N | Swelling + Tenderness on Left lower ribs. Pain scale of 10 |
| 11 | L | TE | N | [redacted] to touch upon exam. Pain of 3 |
| 12 | K | B, R | Y | Multiple purple/red bruises (see photo) Pain 8 |
| 13 | K | B | Y | Multiple purple/red bruises (see photo) Pain 8 |
| | | | | |
| | | | | |

Injury Key: A = Abrasion AL = ALS Fluorescence B = Bruise BI = Bite BU = Burn C = Cut E = Ecchymosis FB = Foreign body/debris L = Laceration PE = Petechiae R = Redness S = Swelling SI = Suction injury SHX = Sample per history T = Tear TE = Tenderness OI = Other injury PTA = Per patient, injury present prior to assault

**Injury Documentation: Hands and Feet**

☐ No physical findings noted at this time




| Injury # | Bodygram letter | Injury code | Photo Y/N | Description (size, shape, color, pain) |
|---|---|---|---|---|
| 8 | O | B, TE | Y | Pain to 2cm x 2cm circular brown/purple bruise. base of wrist radial head |
| 9 | P | B, TE, S | Y | 9cm x 3cm blue/purple bruise to lateral pedal area, Pain 8 |
| 10 | P | B, TE, S | Y | 3cm x 6cm purple/brown bruise to proximal, anterior foot, pain 8 |
| | | | | |
| | | | | |

Injury Key: A = Abrasion; AL = ALS Fluorescence; B = Bruise; BI = Bite; BU = Burn; C = Cut; E = Ecchymosis; FB = Foreign body/debris; L = Laceration; PE = Petechiae; R = Redness; S = Swelling; SI = Suction injury; SHX = Sample per history; T = Tear; TE = Tenderness; OI = Other injury; PTA = Per patient, injury present prior to assault

***Tribal Status of Davis***

34. Finally, Davis reported that Davis is an enrolled member of a small tribe affiliated with the Navajo Nation out of Arizona. I requested and reviewed a Certificate of Indian Blood that documents his status as an Indian man out of Navajo Nation. Davis reported that he participates in tribal rituals and receives his medical care with tribal affiliated medical facilities.

**Conclusion**

35. Based on the foregoing, I have probable cause to believe, and I do believe, that Cedrick Bruce Davis committed the following offenses:

(1) Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. Section 113(a)(6) and 18 U.S.C. Section 1153 – the Major Crimes Act;

(2) Assault on a Dating Partner by Strangling, in violation of 18 U.S.C. Section 113(a)(8) and 18 U.S.C. Section 1153 – the Major Crimes Act;

/ / /

/ / /

(3) Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of 18 U.S.C. Section 113(a)(3) and 18 U.S.C. Section 1153 – the Major Crimes Act;

(4) Assault with Intent to Commit Murder, in violation of 18 U.S.C. Section 113(a)(1) and 18 U.S.C. Section 1153 – the Major Crimes Act; and

[redacted]

36. Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Arin C. Heinz. I was informed that it is AUSA Heinz's opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested complaint and arrest warrant.

**<u>Request for Sealing</u>**

37. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant, including this affidavit. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of the victims, cause destruction

/ / /

/ / /

/ / /

/ / /

of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the contents of the application, this affidavit, the attachments, and the requested search warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
TRAVIS WELTER
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:30 p.m. on October 26, 2026.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge